UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-21258-UU

RICHARD COLE, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

UNITED HEALTHCARE INSURANCE COMPANY,

    Defendant.
_____/

**ORDER OF RECUSAL**

PURSUANT to 28 U.S.C. § 455 and Local Rule 3.6, the undersigned Judge to whom the above-styled cause is assigned hereby recuses herself and refers the case to the Clerk of the Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida, this _29th_ day of April, 2019.

_Ursula Ungaro_
_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf